UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOAH WILLSMORE,<br><br>　　　　Defendant. | No. 2:24-cv-02246-DAD-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 12, 15) |

Plaintiff DeAndre Robinson is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2024, plaintiff filed a motion for a preliminary injunction seeking some form of order against defendant Willsmore, plaintiff's parole officer. (Doc. No. 12.) On December 27, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction be denied because "plaintiff's allegations of irreparable harm are too vague and speculative to support preliminary injunctive relief." (Doc. No. 15 at 3.) Specifically, the magistrate judge observed that plaintiff stated that defendant assaulted him, falsified documents, and retaliated against him, but because plaintiff does not provide any detail or supporting evidence, he has not shown a likelihood of success on

1  the merits. (*Id*.) The pending findings and recommendations were served on plaintiff and
2  contained notice that any objections thereto were to be filed within twenty-one (21) days after
3  service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed,
4  and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 27, 2024 (Doc. No. 15), are ADOPTED;
2. Plaintiff's motion for a preliminary injunction (Doc. No. 12), is DENIED; and
3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **May 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Although it appears from the docket that plaintiff's copy of the findings and recommendations was returned to the court as undeliverable, plaintiff was properly served by mail at his then address of record. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. The court notes that on April 11, 2025, plaintiff filed a notice of change of address with the court.

2